**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRESTONE FINANCIAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-01183 |
| | ) | |
| WA GYM NAPERVILLE NORTH, LLC, | ) | |
| WA GYM DOWNERS GROVE, LLC, | ) | |
| WORKOUT ANYTIME DARIEN, INC, | ) | |
| WA NAPERVILLE, INC. f/k/a | ) | |
| WORKOUT ANYTIME NAPERVILLE, | ) | |
| INC., and MICHAEL P. MUFARREH, | ) | |
| | ) | |
| Defendants. | ) | |

**FIRESTONE FINANCIAL, LLC's MOTION FOR LEAVE
TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION
FOR ENTRY OF ORDER OF REPLEVIN AND DETINUE**

NOW COMES Plaintiff FIRESTONE FINANCIAL, LLC ("Firestone"), by and through its counsel, and for its Motion for Leave to File Supplemental Authority in Support of its Motion for Entry of Order of Replevin and Detinue, states as follows:

1. On June 9, 2021, Firestone filed its Motion for Entry of Order of Replevin and Detinue (the "Motion for Replevin"). See Docket No. 22. On July 1, 2021, Defendants filed their Response to Opposed Motion for Entry of Order of Replevin and Detinue (the "Response"). See Docket No. 25. On July 9, 2021, Firestone filed its Reply Brief in Support of the Motion for Replevin (the "Reply"). See Docket No. 26.

2. In this lawsuit, the Defendants assert that they are excused from paying under a note and related guaranties under the doctrines of commercial impracticability and frustration of purpose due to the COVID-19 pandemic, which, they allege, adversely affected their business. After Firestone filed its Reply on July 9, 2021, the United States District Court for the Northern

District of Illinois, Eastern Division, entered a Memorandum Opinion and Order in the unrelated case <u>PNC Equipment Finance, LLC v. Flash Limousine, Inc.</u>, Case No. 1:20-cv-06773 (N.D. Ill. July 25, 2021) (J. Kennelly). A true and correct copy of the Memorandum Opinion and Order is attached hereto as <u>Exhibit 1</u>.

3. In <u>Flash Limousine</u>, the defendants argued that "the COVID-19 pandemic was an unforeseen event that triggered the defenses of commercial frustration and impossibility." <u>See</u> Memorandum Opinion and Order, pg. 3.

4. In rejecting these defenses as a matter of law, District Judge Matthew F. Kennelly found that the defenses of commercial frustration and impossibility due to the COVID-19 pandemic were inapplicable where the defendants made unconditional promises to pay and the allocation of risk was on the defendants. <u>See</u> <u>id</u>. at 6.

WHEREFORE, FIRESTONE FINANCIAL, LLC, respectfully requests that this Court grant Firestone leave to supplement its Motion for Replevin with the Memorandum Opinion and Order attached hereto and for all other and further relief that this Court deems just.

                FIRESTONE FINANCIAL, LLC,

By: /s/ D. Alexander Darcy_____
     One of Its Attorneys

D. Alexander Darcy (ARDC # 6220515)
Dylan Miller (ARDC # 6333072)
ASKOUNIS & DARCY, PC
444 North Michigan Avenue, Suite 3270
Chicago, IL 60611
(312) 784-2400 (t)
(312) 784-2410 (f)
adarcy@askounisdarcy.com
dmiller@askounisdarcy.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FIRESTONE FINANCIAL, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WA GYM NAPERVILLE NORTH, LLC, )<br>WA GYM DOWNERS GROVE, LLC, )<br>WORKOUT ANYTIME DARIEN, INC, )<br>WA NAPERVILLE, INC. f/k/a )<br>WORKOUT ANYTIME NAPERVILLE, )<br>INC., and MICHAEL P. MUFARREH, )<br>)<br>    Defendants. ) | Case No. 1:21-cv-01183 |

## CERTIFICATE OF SERVICE

TO:    Howard L. Adelman, Esq.                       Nicholas R. Dwayne, Esq.
          Adelman & Gettleman, Ltd.                  Adelman & Gettleman, Ltd.
          53 West Jackson Blvd., Suite 1050       53 West Jackson Blvd., Suite 1050
          Chicago, IL 60604                                 Chicago, IL 60604

      I, D. Alexander Darcy, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct. I caused a copy of Plaintiff Firestone Financial, LLC's *Motion for Leave to File Supplemental Authority in Support of its Motion for Entry of Order of Replevin and Detinue* to be served upon the aforementioned parties via the Court's CM/ECF system on this 5th day of August, 2021.

Date: August 5, 2021                                  FIRESTONE FINANCIAL, LLC,

                                                By:    /s/ D. Alexander Darcy
                                                       One of Its Attorneys

                                                       D. Alexander Darcy (ARDC # 6220515)
                                                       Dylan Miller (ARDC # 6333072)
                                                       ASKOUNIS & DARCY, PC
                                                       444 North Michigan Avenue, Suite 3270
                                                       Chicago, IL 60611
                                                       (312) 784-2400 (t)
                                                       (312) 784-2410 (f)
                                                       adarcy@askounisdarcy.com
                                                      dmiller@askounisdarcy.com

3