# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Firestone Financial, LLC

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−01183
                                                      Honorable John Z. Lee

WA Gym Naperville North, LLC, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 6, 2021:

     MINUTE entry before the Honorable John Z. Lee: Plaintiff's motion for leave to file supplemental authority [28] is granted. Plaintiff should file the supplemental authority on the docket, as it was not attached to the motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.